**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

~~FILED~~ ~~ENTERED~~
~~LODGED~~ ~~RECEIVED~~

MAY 4 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

|  |  |  |
|---|---|---|
| **FRANKLIN R. MYERS** | * | |
| **Plaintiff** | | |
| | * | |
| **vs.** | | Civil No.: **L-97-1244** |
| | * | |
| **PATAPSCO BACK RIVERS** | | |
| **Defendant** | * | |

*********

**ORDER**

The court file reflecting that no paper has been filed for more than nine months, it is, this

_3RD_ day of _May_ , 20 _00_ ,

ORDERED that the parties show good cause within 14 days of the date of this Order why

the case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local

Rule 103.8.b.

**BENSON EVERETT LEGG**
**UNITED STATES DISTRICT JUDGE**