IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
ENTERED
RECEIVED

MAY 31 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| FRANKLIN R. MYERS | * | |
|     Plaintiff | | |
| | * | |
| vs. | | Civil No.: L-97-1244 |
| | * | |
| PATAPSCO BACK RIVERS RAILROAD COMPANY | * | |
|     Defendant | ****** | |

## ORDER

The parties having failed to show cause why this case should not be dismissed for lack of prosecution as required by the prior Order of this court, it is this _3/31_ day of _May_, 20 _00_,

ORDERED that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

_____
**BENSON EVERETT LEGG**
**UNITED STATES DISTRICT JUDGE**

U.S. District Court (Rev. 1/2000)